Manatt, Phelps & Phillips, LLP
ROBERT D. BECKER (SBN 160648)
KATHRYN B. BARTOW (SBN 215414)
BENJAMIN KLEINMAN (SBN 261846)
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys For Plaintiff
D & D TECHNOLOGIES (USA), INC.

Lee Tran & Liang, APLC
ENOCH H. LIANG (SBN 212324)
EDWARD S. QUON (SBN 214197)
601 S. Figueroa Street, Suite 4025
Los Angeles, California 90017
Telephone: ( 213) 612-3737
Facsimile: (213) 612-3773

Attorneys for Defendant
SAFETECH HARDWARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| D & D TECHNOLOGIES (USA), INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFETECH HARDWARE, INC., a California corporation,<br><br>Defendant. | No. SACV11-01154 JST (RNB)<br><br>[PROPOSED] STIPULATED ORDER OF DISMISSAL |

Plaintiff D & D Technologies (USA), Inc., ("D&D") by and through its attorneys, Manatt, Phelps & Phillips, LLP, and Defendant Safetech Hardware, Inc. ("Safetech"), by and through its attorneys, Lee, Tran & Liang, APLC, stipulate as follows:

1. On or about August 2, 2011, D&D filed a complaint against Safetech in the United States District Court for the Central District of California (the "Court"), styled *D & D Technologies (USA), Inc. v. Safetech Hardware, Inc.*, Case No. SACV11-01154 JST (RNB) (the "Action"), alleging, among other things, that Safetech infringed U.S. Patent. No. D614,935 entitled "Self Closing Hinge" (the "Patent"), of which D&D is the exclusive licensee, with the right to file and prosecute suits for infringement.

2. On or about September 19, 2011, Safetech answered the complaint, denying the alleged claims.

3. On or about December 2011, parties related to D&D and Safetech settled an Australian lawsuit concerning the alleged infringement by the entities related to Safetech of a foreign counterpart to the Patent.

6. On or about March 4, 2012 the parties entered into a Settlement Agreement resolving the Action. As part of that resolution, while not admitting liability, Safetech has agreed to cease and desist from all infringement of the Patent and deliver that portion of its inventory accused of infringing the Patent to D&D. This Settlement Agreement is attached as Exhibit A.

This matter having come before the Court on the stipulation of plaintiffs and defendant, the Court finds as follows:

1. U.S. Patent No. D614,935, attached as Exhibit B, is valid and enforceable.

2. Pursuant to the terms of the Settlement Agreement, the complaint is hereby dismissed with prejudice.

3. Pursuant to the terms of the Settlement Agreement, Defendant Safetech is hereby enjoined from infringing U.S. Patent No. D614,935, per the terms of the Settlement Agreement.

4. D&D and Safetech shall each bear its own costs, expenses,

1 attorney fees, and expert witness fees, whether taxable or otherwise incurred in, or arising out of, or in any way related to the matters released, including without limitation, costs, expenses, attorney fees and taxes incurred in, or arising out of, or relating to the subject matter of this Agreement or the Action.

5. The court shall retain jurisdiction to enforce the terms of the Settlement Agreement. In the event of a dispute regarding its terms or the terms of this Order, the Parties will submit the dispute in a short and plain fashion to the court for resolution.

IT IS SO ORDERED and SIGNED this ___ day of March, 2012.

_____
Honorable Josephine Stanton Tucker

For Plaintiff:

By: /s/ Robert D. Becker
    Robert D. Becker

MANATT, PHELPS &
PHILLIPS, LLP
Robert D. Becker
Kathryn A. B. Bartow
Benjamin Kleinman
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Plaintiff*
D & D TECHNOLOGIES (USA), INC.

Dated: March 6, 2012

For Defendant:

By: /s/ Enoch H. Liang
    Enoch H. Liang

LEE, TRAN & LIANG, APLC
Enoch H. Liang
Edward S. Quon
601 S. Figueroa Street, Suite 4025
Los Angeles, California 90017
Telephone: ( 213) 612-3737
Facsimile: (213) 612-3773

*Attorneys for Defendant*
SAFETECH HARDWARE INC.

Dated: March 6, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2012, I electronically served via ECF the foregoing upon All Counsel of Record.

/s/ Robert D. Becker
Robert D. Becker

301431812.2